# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARITY E. HUEY,** as an individual and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>**GENERAL MILLS, INC.,** a Delaware corporation.<br><br>    *Defendant.* | Civil Action: 2:09-cv-01368-FCD-GGH<br><br>**ORDER ON REQUEST FOR A STAY OF PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (OR TO EXTEND THE TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-144(a)))**<br><br>*Class Action*<br>*Jury Trial Requested* |

   **HAVING REVIEWED** the Joint Stipulation Requesting a Stay of Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation (or to Extend the Time to Respond to Initial Complaint by Not More than 30 Days (L.R. 6-144(a))), and good cause appearing,

   **IT IS HEREBY ORDERED THAT:**

   The above-captioned action shall be stayed pending the decision by the Judicial Panel on Multidistrict Litigation on the pending petition and motion seeking to transfer this action and four other similar suits against Defendant General Mills, Inc. to a single forum for consolidated pre-trial proceedings. If transfer and coordination are denied by

1  the Panel, Defendant shall file its response to the Complaint in this case within ten (10)
2  days after that denial order is entered, and the status conference report presently set to
3  be filed on or before November 24, 2009 shall be filed no later than 60 days after entry of
4  the order denying transfer and coordination.

5  **IT IS SO ORDERED:**

9  Dated: October 2, 2009  _____
10  **FRANK C. DAMRELL, JR.**
   **UNITED STATES DISTRICT JUDGE**